UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/19/2019

ALBERTO GONZALEZ,

                          Plaintiff,

                -against-

NAKED SPECIES, LLC,

                        Defendant.

-------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**19-CV-11571 (VEC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 7).  A telephone conference will be held on **Monday, February 3, 2020 at 4:45 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line.  Please dial 212-805-0234.

       **The Plaintiff is directed to serve this order, and a copy of the complaint on the Defendant.  Plaintiff is also instructed to file proof of this service with the Court.**

       SO ORDERED.

Dated: December 19, 2019
       New York, New York

                                            _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge