```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALBERTO GONZALEZ,
                                    Plaintiff,

           -against-

NAKED SPECIES, LLC,

                                    Defendant.

-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/04/2020

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**19-CV-11571 (VEC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Thursday, March 19, 2020 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **March 12, 2020 by 5:00 p.m.**

　　　　SO ORDERED.

Dated: February 4, 2020
　　　　New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge