USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALBERTO GONZALEZ,

                           Plaintiff,

         -against-

NAKED SPECIES, LLC,

                           Defendant.

-----------------------------------------------------------------X

**ORDER CONVERTING SETTLEMENT CONFERENCE TO TELEPHONIC CONFERENCE**

19-CV-11571 (VEC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The Settlement Conference in this matter scheduled for **Thursday, March 19, 2020 at 2:00 p.m.** is hereby converted to a telephonic conference. The Parties' should call together on a conference line into 212-805-0234. The Court will review procedures and then talk separately with each side by phone. The parties and their counsel must be available by phone from 2:00 p.m. to 5:00 p.m. so that the court can have more than one ex parte conversation with each side as needed.

        SO ORDERED.

Dated: March 12, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge