USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALBERTO GONZALEZ,

                                Plaintiff,

                -against-

NAKED SPECIES, LLC,

                              Defendant.

------------------------------------------------------------------X

**ORDER**

**19-CV-11571 (VEC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

For the telephone conference scheduled for March 19, 2020 at 2:00 p.m., the parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code).

SO ORDERED.

Dated: March 16, 2020
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge